# Attachment 1

# Not Capable of Public Summary

# Attachment 2

# Not Capable of Public Summary

# Attachment 3

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE MARK A. BARNETT, JUDGE**

| | |
|---|---|
| HYUNDAI ELECTRIC & ENERGY SYSTEMS CO., LTD.,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>ABB INC. AND SPX TRANSFORMER SOLUTIONS, INC.<br><br>Defendant-Intervenors. | Court No. 20-00108 |

**STATEMENT OF JUSTIN R. BECKER**
**UNDER 28 U.S.C. § 1746**

I, Justin R. Becker, state the following:

1. From August 28, 2019, through August 30, 2019, I attended the verification of the sales questionnaire responses of Hyundai Electric & Energy Systems Co., Ltd. ("HEES") in the sixth administrative review, covering the period August 1, 2017 through July 31, 2018, conducted by the U.S. Department of Commerce ("Department") in my role as legal counsel for HEES. Hyo Kyung (Anna) Woo, a consultant from Marks Paneth LLP, also attended to assist with the verification.

2. The verification was conducted at the Torrance, California office of Hyundai Corporation USA ("Hyundai USA"). In attendance as representatives from the Department were international trade compliance analysts, Joshua DeMoss and John Drury.

3. During the verification, the Department reviewed Hyundai USA's books and records as part of its quantity and value reconciliation of HEES's reported sales in its U.S. sales database.

4. To complete the quantity and value reconciliation component of the verification, Hyundai USA removed sales of large power transformers ("LPTs") greater than or equal to 60 MVA that were sold to third countries or produced in the United States. Hyundai USA demonstrated this step of the reconciliation to the Department officials. Joshua DeMoss requested information concerning the sale of an LPT by Hyundai USA that was not included in

the U.S. sales database because it had been produced in the United States by Hyundai Power Transformers USA ("HPT").

5. In response to the Department's request, Hyundai USA presented various documents including:

(i) A test report issued by HPT, a copy of which is provided in Attachment 1 of this statement.

(ii) A copy of the nameplate for the LPT, a copy of which is provided in Attachment 2 of this statement.

6. Joshua DeMoss reviewed the test report and the nameplate.

7. During the afternoon of August 30, 2019, the Department officials finalized the verification exhibits. Joshua DeMoss removed the copy of the nameplate and the test report and declined to include them in the verification exhibits.

8. The Department officials departed from Hyundai USA's office during the afternoon of August 30, 2019.

* * *

I declare under penalty of perjury that the foregoing is true and correct.

Justin R Becker

Justin Becker
Sidley Austin LLP
1501 K Street NW
Washington, D.C. 20005

Executed on this 18th day of August 2020

# Attachment 4

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE MARK A. BARNETT, JUDGE**

| | |
|---|---|
| HYUNDAI ELECTRIC & ENERGY SYSTEMS CO., LTD.,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>ABB INC. AND SPX TRANSFORMER SOLUTIONS, INC.<br><br>Defendant-Intervenors. | Court No. 20-00108 |

**STATEMENT OF HYO KYUNG (ANNA) WOO**
**UNDER 28 U.S.C. § 1746**

I, Hyo Kyung (Anna) Woo, state the following:

1. I am an international trade accounting consultant employed by Marks Paneth LLP. From August 28, 2019, through August 30, 2019, I attended the verification of the sales questionnaire responses of Hyundai Electric & Energy Systems Co., Ltd. ("HEES") in the sixth administrative review, covering the period August 1, 2017 through July 31, 2018, conducted by the U.S. Department of Commerce ("Department") in my role as an outside consultant for HEES. The verification was conducted at the Torrance, California office of Hyundai Corporation USA ("Hyundai USA").

2. During the verification, the Department reviewed Hyundai USA's books and records, as part of its quantity and value reconciliation of HEES's reported sales in its U.S. sales database. Because of my accounting experience, I helped to complete the quantity and value reconciliation component of the verification. During this time, I assisted Hyundai USA personnel in demonstrating that in order to arrive at the reported U.S. sales quantity and value, Hyundai USA removed sales of large power transformers ("LPTs") greater than or equal to 60 MVA that were produced in the United States.

3. During the quantity and value reconciliation exercise discussed above, the Department officials in attendance at the verification (Joshua DeMoss and John Drury) requested information as part of a completeness test. Specifically, Joshua DeMoss requested information concerning

the sale of an LPT produced in the United States by Hyundai Power Transformers USA ("HPT").

4. In response to the Department officials' request related to the LPT produced by HPT in the United States, Hyundai USA presented documentation related to the sale.

5. In relevant part, Hyundai USA provided the test report and the nameplate of the LPT in question, both of which the Department expressly requested to review. Joshua DeMoss reviewed the rest report and the nameplate.

6. During the afternoon of August 30, 2019, the Department officials finalized the verification exhibits. Joshua DeMoss removed the copy of the nameplate and the test report and declined to include them in the verification exhibits.

7. The Department departed from Hyundai USA's office during the afternoon of August 30, 2019.

* * *

I declare under penalty of perjury that the foregoing is true and correct.

Hyo Kyung (Anna) Woo
Marks Paneth LLP
1025 Connecticut Ave. NW
Suite 1205
Washington, D.C. 200036

Executed on this 18 day of August 2020