**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE MARK A. BARNETT, CHIEF JUDGE**

| | |
|---|---|
| HYUNDAI ELECTRIC & ENERGY SYSTEMS CO., LTD., <br><br> Plaintiff, <br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> ABB ENTERPRISE SOFTWARE INC. AND SPX TRANSFORMER SOLUTIONS, INC. <br><br> Defendant-Intervenors. | Court No. 20-00108 |

**PROPOSED BRIEFING SCHEDULE**

Pursuant to the Court's April 2, 2021 order ("April 2 Order"), ECF 57, the parties to this action have consulted and have agreed upon a "proposed briefing schedule consistent with the briefing structure provided in USCIT Rules 56.2(d) and (e) and the court's Scheduling Order of August 10, 2020" ("August 10 Order"). ECF 57 at 2 (citing ECF 27).

Specifically, and in accordance with Rule 56.2(d) of this Court, Plaintiff's initial brief will be due 60 days after the date of service of the scheduling order, and Defendant's response brief will be due 60 days thereafter. Assuming the entry and service of a scheduling order on the date of this filing, this would establish June 15, 2021 and August 16, 2021 as these deadlines.

The August 10 Order established that Defendant-Intervenors' response brief would be due 21 days after Defendant's response brief. *See* ECF 27 at 2. However, counsel for Defendant-Intervenors understand that the estimated date for this (September 7, 2021, assuming the entry and service of a scheduling order on the date of this filing) conflicts with other, existing deadlines.

Counsel for Defendant-Intervenors therefore requested that its deadline fall on the following week, *i.e.*, September 13, 2021. Consistent with the August 10 Order and the April 2 Order, Defendant-Intervenors' brief will be limited to 8,500 words and will not repeat arguments made in Defendant's earlier-filed brief. *See* ECF 57 at 2; ECF 27 at 2.

With respect to the schedule following Defendant-Intervenors' response brief, the parties agree that the timelines for Plaintiff's reply brief; the joint appendix; and any motion for oral argument will correspond to those delineated in Rules 56.2(c), (d) and (e) of this Court (*i.e.*, 28 days after Defendant-Intervenors' response brief for Plaintiff's reply brief, and 14 and 21 days after Plaintiff's reply brief for the joint appendix and any motion for oral argument, respectively). Assuming the entry and service of a scheduling order on the date of this filing, this would establish October 11, 2021; October 25, 2021; and November 1, 2021 as these deadlines.

The parties therefore respectfully propose the briefing schedule outlined above and listed in the attached proposed order.

> Respectfully submitted,
>
>  /s/ David E. Bond
> David E. Bond
> William J. Moran
> Ron Kendler
> WHITE AND CASE LLP
> 701 Thirteenth Street, NW
> Washington, DC 20005
> (202) 626-3600
>
> Attorneys for Plaintiff Hyundai Electric & Energy Systems Co., Ltd.

|  |  |
|---|---|
|  | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
|  | JEANNE E. DAVIDSON<br>Director |
|  | /s/ L. Misha Preheim<br>L. MISHA PREHEIM<br>Assistant Director |
| OF COUNSEL:<br><br>DAVID W. RICHARDSON<br>Attorney<br>United States Department of Commerce<br>Office of the Chief Counsel for<br>Trade Enforcement & Compliance<br>Washington, D.C. 20230 | /s/ Kelly A. Krystyniak<br>KELLY A. KRYSTYNIAK<br>Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 307-0163<br>Fax: (202) 514-8640<br><br>Attorneys for Defendant United States<br><br> /s/ R. Alan Luberda<br>R. Alan Luberda<br>David C. Smith, Jr.<br>Melissa M. Brewer<br>KELLEY, DRYE & WARREN LLP<br>3050 K Street, NW<br>Suite 400<br>Washington, DC 20007-5108<br>(202) 342-8400<br><br>Attorneys for Defendant-Intervenors ABB Enterprise Software Inc. and SPX Transformer Solutions, Inc. |

Dated: April 16, 2021